ACCEPTED
12-14-00345-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/30/2015 1:13:31 PM
CATHY LUSK
CLERK

NO. 12-14-00345-CR

| | | |
|---|---|---|
| REBECCA LYNN BARKER | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| V. | § | 12th COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/30/2015 1:13:31 PM
CATHY S. LUSK
Clerk

## APPELLANT'S REQUEST FOR EXTENSION TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Appellant before this Court, and Defendant in the Trial Court in Cause Number  before the 2nd Judicial District Court, Cherokee County, Texas, and files this her Motion for Extension to File Brief, pursuant to Rules 10.5(b) and 38.6 (d) of the Texas Rules of Appellate Procedure, and for same would show unto the Court as follows, to-wit:

I.

First Motion:

This is Appellant first motion for extension of the deadline for the filing of Appellant's Brief.

II.

Original Brief Deadline:

Appellant's Brief was due to be filed on or before **April 28, 2015**.

III.

Life Sentence for Murder:

Counsel would show that Appellant was convicted of murder on a plea of guilty and was assessed a life sentence by the jury.

1

IV.

<u>11 Volumes of Reporter's Record:</u>

Nancy Adams, the Court Reporter for the Trial Court, provided eleven volumes of the record.

V.

<u>Counsel's Work & Schedule:</u>

Counsel would show that he is a solo practitioner without staff and carries active files involving civil and criminal actions in multiple counties. Further, Counsel would show that he has been working on the appeal of the sexual assault conviction in <u>Sanchez v. State</u>, Cause No.: 12-14-00324-CR during the same time as Counsel was worker on the subject appeal.

Further, Counsel would show that during the preparation time for the Brief leading up to the April 28th brief filing deadline, Counsel prepared for and participated in the criminal prosecution case of <u>State v. Ricky Franklin</u>, Cause No. 19088 before the 2nd Judicial Court with jury selection beginning on April 20th and the case concluding on April 28th.

VI.

<u>Insufficient Time to Complete Brief:</u>

Counsel would show that based upon the above and forgoing, that he has had insufficient time within which to complete the Brief.

VII.

<u>Requested Relief:</u>

Counsel requests that the deadline for filing Appellant's Brief be extended to **May 22, 2015**. The subject request for extension is not sought for delay, but only that justice may be done.

## VIII.

Conference:

Counsel would show that he conferred with opposing counsel and this Request is presented as UNOPPOSED.

## IX.

Word Count Certificate:

Counsel certifies that WORD format character count is 486.

_____
STEN M. LANGSJOEN

WHEREFORE, PREMISES CONSIDERED, counsel requests that this Motion be granted.

Respectfully submitted,

_____
STEN M. LANGSJOEN
Attorney for Appellant
P.O. Box 539
Tyler, Texas 75710
Telephone:  (903) 531-0171
Telefax:  (903) 531-0187
TBA # 11922800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery to District Attorney, Cherokee County, Texas, on this 30th day of April, 2015.

_____
STEN M. LANGSJOEN